1

2

3

4

5

6               IN THE UNITED STATES DISTRICT COURT

7                   FOR THE DISTRICT OF ARIZONA

8

9   UNITED STATES OF AMERICA,           )    CR 09-1119-TUC-RCC
                                        )
10              Plaintiff,              )    **ORDER**
                                        )
11  vs.                                 )
                                        )
12                                      )
    ROBERTO   ENRIQUE   BALCAZAR;)
13  GABRIEL VELEZ-WILLAM,               )
                                        )
14              Defendants.             )
                                        )
15  _____)

16

17          The Court has reviewed the pleadings of the hearing and considered the arguments

18  of counsel and the  subsequent filings requested by the Court.

19          The parties are quite familiar with the facts, so they will not be recited in detail here.

20          Law enforcement, based upon information received from a confidential informant,

21  began to survey a Ford Focus ultimately discovered to be driven by defendant Roberto

22  Enrique Balcazar. The information that they had led them to believe that the vehicle would

23  enter Mexico carrying drugs or other contraband.  This specific car was observed as it came

24  across the border and was observed for almost three and one half hours as it eventually made

25  its way to Tucson.  It was never out of the agents' sight long enough for something to be

26  loaded into the vehicle inside the United States unbeknownst to the agents who were

27  observing.  It should be noted that it passed through the border checkpoint and also a

28  checkpoint north of the border with no alarms or alerts occurring.

1    The Magistrate Judge correctly points out that allowing the vehicle to proceed into the

2    United States to allow agents to locate a stash house or see what other people might be

3    involved is permissible under the law.  It was this act that allowed agents to discover

4    defendant Velez-Willem's involvement.

5        The agents observed Mr. Balcazar in the Ford Focus as he switched drivers in Tucson

6    with defendant Velez-Willem.  Defendant Velez-Willem arrived on the scene at the Tucson

7    Mall driving a vehicle with Mexican registration.  This event caused suspicion on the part

8    of the observing agents.  After Mr. Velez-Willem got into the Ford Focus, his driving of the

9    vehicle aroused even further suspicion.

10       The Court has considered all the matters set forth in the Magistrate Judge's

11   recommendation and agrees with the recommendation—with exception of the fact that the

12   Court believes that both defendants have standing to contest the seized items.

13       **IT IS ORDERED DENYING** Defendant Balcazar's Motion to Strike Government's

14   Memorandum (Doc. 134) and **GRANTING** Government's Motion to Accept Late Filing

15   (Doc. 135).

16       **IT IS FURTHER ORDEDED ADOPTING**  the Magistrate Judge's Report and

17   Recommendation (Doc. 82) and **FURTHER ORDERED DENYING** Defendants' Motions

18   to Suppress (Doc.  36 and Doc. 38).

19       Trial remains set for August 17, 2010 at 9:30 am.

20

21       DATED this 19th day of July, 2010.

22

23

24   _____

25   Raner C. Collins
     United States District Judge

26

27

28